*E-FILED - 4/28/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE YOUNGS, | No. C 04-3352 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| C. W. SPEAKER, | |
| Defendant. | |

The court has dismissed the instant civil rights complaint without prejudice for plaintiff's failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The clerk of the court shall close the file.

IT IS SO ORDERED.

Dated: 4/25/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.04\Youngs352jud.wpd