IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE YOUNGS, | No. C 04-3352 RMW (PR) |
| Plaintiff, | ORDER DENYING MOTION FOR JUSTICE AND MOTION FOR HEARING |
| v. | |
| OFFICER SPEAKER, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983 based upon a May 2, 2004 incident at Pelican Bay State Prison. Thereafter, plaintiff filed a first and second amended complaint. On February 12, 2008, the court ordered plaintiff to notify the court whether he wished to proceed with his first or second amended complaint. On February 20, 2008, the court received its previous order as undeliverable to plaintiff because plaintiff was paroled. On April 28, 2008, the court dismissed this action without prejudice pursuant to the Northern District Local Rule 3-11, and closed the file.

On August 26, 2009, plaintiff filed a Motion for Justice and request for a hearing, requesting this court to "look into an illegal court case" regarding an alleged violation of a negotiated plea bargain. On November 10, 2009, the court denied plaintiff's motion, stating that the motion concerned matters not involving the underlying closed case. The court further advised plaintiff that if he wished to file a civil rights complaint or petition for habeas corpus

Order Denying Motion for Justice and Request for Hearing
P:\PRO-SE\RMW\CR old\CR.04\Youngs352postjudmtn2.wpd

1  relief, he must file a new and separate action.

2      On January 27, and March 14, 2014, plaintiff filed a motion for a hearing and a second
3  motion for justice. Plaintiff repeats the assertions he alleged in his 2009 motion. The court's
4  conclusion has not changed. To the extent plaintiff is requesting a copy of the docket sheet, that
5  request is granted. In all other respects, plaintiff's motions are DENIED.

6      No further filings will be accepted in this closed matter.

7  IT IS SO ORDERED.

8  DATED: _____

*Ronald M. Whyte*

RONALD M. WHYTE
9  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

YOUNGS,

        Plaintiff,

  v.

OFFICER SPEAKER,

        Defendant.

Case Number: CV04-03352 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Ty Youngs T-86123
P.O. Box 441 Birch 218
Chino, CA 91708

Dated: April 18, 2014

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk